AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF**      DELAWARE

BOSTON SCIENTIFIC CORPORATION
and BOSTON SCIENTIFIC SCIMED, INC.,

         Plaintiffs,

       v.

JOHNSON & JOHNSON, INC. and CORDIS
CORPORATION,

         Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

0 7 - 7 6 5

TO:

JOHNSON & JOHNSON, INC.
    c/o Secretary of State
Division of Corporations
John G. Townsend Bldg.
401 Federal Street, Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Josy W. Ingersoll, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                  NOV 2 7 2007

CLERK                                      DATE

(BY) DEPUTY CLERK

DB01:2484265.1                                             054604.1003

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE *November 27 2007* |
| NAME OF SERVER (*PRINT*) *Bryan Deilkie* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served: *Secretary of State 401 Federal Street, Dover DE 1901. Service Accepted by Rebecca Daniels @ 2:05 pm.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Nov 27 2007*  _____
        Date                               Signature of Server


*15 East North Street Dover DE 19901*
Address of Server |

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.