IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON INC. and CORDIS CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civ. No. 07-333-SLR; <br> ) Civ. No. 07-348-SLR; <br> ) Civ. No. 07-409-SLR; <br> ) and <br> ) Civ. No. 07-765-SLR <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

At Wilmington this 24th day of January, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motions to dismiss (Civ. No. 07-333, D.I. 10; Civ. No. 07-348, D.I. 8; Civ. No. 07-409, D.I. 7; Civ. No. 07-765, D.I. 8) are denied.

2. Defendants' motions to transfer (Civ. No. 07-333, D.I. 21; Civ. No. 07-348, D.I. 19; Civ. No. 07-409, D.I. 22; Civ. No. 07-765, D.I. 9) are denied.

*[signature]*
United States District Judge