IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil Action No. 07-765-SLR |
| JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION, | )<br>)<br>) | |
| Defendants. | )<br>) | |

**STIPULATION AND ORDER TO AMEND THE SCHEDULE**

WHEREBY the parties contemplate that an additional party may be added to the case.

WHEREBY the parties expect that two additional weeks will allow the parties to file an agreed-upon stipulation to amend the relevant pleadings;

IT IS HEREBY STIPULATED AND AGREED that, subject to the approval and order of the Court, the scheduling order in this action (D.I. 25) is amended to extend the deadline for motions to join other parties and amend the pleadings from June 13 to June 27, 2008.

{00223426;v1}

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| */s/ Karen E. Keller* | */s/ Lauren E. Maguire* |
| Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899<br>(302)  571-6600<br>jingersoll@ycst.com<br>kkeller@ycst.com | Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Lauren E. Maguire (#4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302)  654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge