IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br>   Plaintiffs, <br><br>   v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br>   Defendants. | Civil Action No. 07-765-SLR |

**STIPULATION TO ADD WYETH
AS A DECLARATORY JUDGMENT DEFENDANT**

WHEREBY, on November 27, 2007, Boston Scientific Corporation and Boston Scientific Scimed, Inc ("BSC") brought this Civil Action No. 07-765-SLR ("the 765 Action") against Cordis Corporation ("Cordis'") and Johnson & Johnson ("J&J"), seeking a declaratory judgment that U.S. Patent No. 7,300,662 ("the '662 patent") is invalid and not infringed by BSC.

WHEREBY, Wyeth and Cordis are co-owners of the '662 patent and hold all right, title and interest in and to the '662 patent.

WHEREBY, Wyeth seeks to join in the 765 Action as a party in the same posture as Cordis and J&J, *i.e.*, as a declaratory judgment defendant and counterclaim-plaintiff.

WHEREBY, Cordis, J&J and BSC wish to amend the caption and pleadings to add Wyeth as a party to this action in accordance with the above provisions.

IT IS HEREBY STIPULATED AND AGREED among BSC, Cordis, J&J and Wyeth, pursuant to the signature of their undersigned counsel, that BSC shall file its *Amended Complaint for Declaratory Judgment of Patent Invalidity and Noninfringement* on June 27, 2008. On the same day, Defendants shall file their *Answer and Counterclaims to Amended Complaint*

and BSC shall file its *Reply and Affirmative Defenses to Defendants' Answer and Counterclaims to Amended Complaint*. It is further stipulated and agreed that Wyeth shall provide written responses and objections within 14 days to any document request that BSC serves on Wyeth.

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| */s/ Andrew A. Lundgren* | */s/ John G. Day* |
| _____ | _____ |
| Josy W. Ingersoll (#1088) | Steven J. Balick (#2114) |
| Karen L. Pascale (#2903) | John G. Day (#2403) |
| Karen E. Keller (#4489) | Lauren E. Maguire (#4261) |
| Andrew A. Lundgren (#4429) | 500 Delaware Avenue, 8th Floor |
| 1000 West Street, 17th Floor | P.O. Box 1150 |
| P.O. Box 391 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 654-1888 |
| (302) 571-6600 | jday@ashby-geddes.com |
| alundgren@ycst.com | |
| *Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.* | *Attorneys for Cordis Corporation, Johnson & Johnson, Inc. and Wyeth* |

Dated: June 27, 2008