IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br>Plaintiffs, <br><br>v. <br><br>JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-765-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 15th day of July, 2008, **WYETH'S RESPONSES TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS (NOS. 1-105)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                          HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard L. DeLucia, Esquire                                      VIA ELECTRONIC MAIL
Kenyon & Kenyon
One Broadway
New York, NY 10004

                                                           ASHBY & GEDDES

                                                           */s/ Tiffany Geyer Lydon*
                                                           _____
                                                           Steven J. Balick (I.D. # 2114)
                                                           John G. Day (I.D. #2403)
                                                           Tiffany Geyer Lydon (I.D. #3950)
                                                           Lauren E. Maguire (I.D. #4261)
                                                           500 Delaware Avenue, 8th Floor
                                                           P.O. Box 1150
                                                           Wilmington, DE 19899
                                                          (302) 654-1888
                                                          sbalick@ashby-geddes.com
                                                          jday@ashby-geddes.com
                                                          tlydon@ashby-geddes.com
                                                          lmaguire@ashby-geddes.com

                                                          *Attorneys for Defendants*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
Andrew R. Hein
Jon M. Spanbauer
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated: July 15, 2008

186758.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Richard L. DeLucia, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | VIA ELECTRONIC MAIL |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon