IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-333-SLR |
| | ) | C.A. No. 07-348-SLR |
| v. | ) ) | C.A. No. 07-409-SLR |
| JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-765-SLR |
| JOHNSON & JOHNSON, INC., CORDIS CORPORATION, and WYETH, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 24th day of July, 2008, **JOHNSON & JOHNSON AND CORDIS CORPORATION'S RESPONSES TO BOSTON SCIENTIFIC'S SECOND SET OF INTERROGATORIES (NOS. 7-20)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                                                           **HAND DELIVERY**
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Richard L. DeLucia, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants Johnson and Johnson, Inc. and Cordis Corporation*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
Andrew R. Hein
Jon M. Spanbauer
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated: July 24, 2008
188118.1